FILED IN OPEN COURT
U.S.D.C. Rome

AUG 07 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>JENNIFER O'NEAL | Criminal<br>Information No.<br>4:26-CR-033 |

THE U.S. ATTORNEY CHARGES THAT:

From at least on or about January 22, 2018, and continuing through at least on or about May 4, 2022, in the Northern District of Georgia, the defendant, JENNIFER O'NEAL, being an agent of the Court Appointed Special Advocates of Polk & Haralson, Inc. ("CASA of Polk & Haralson"), an organization that, during each of calendar years 2018 through 2022, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidiary, loan, guarantee, insurance, and other form of federal assistance, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to the use of a person other than the rightful owner, and intentionally misapply, property worth at least $5,000, which was owned by and under the care, custody, and control of the CASA of Polk & Haralson, in violation of Title 18, United States Code, Section 666(a)(1)(A).

**Forfeiture Provision**

Upon conviction of the offense alleged in this Information, the defendant, JENNIFER O'NEAL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the violation, including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in this Information.

If any of the property described above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

THEODORE S. HERTZBERG
*United States Attorney*

GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374

CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181